UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
ARIES FIRE PROTECTION, INC.,            :
            :
            Plaintiff,            :      21-CV-6252 (JMF)
            :
            -v-            :      ORDER
            :
TUTOR PERINI/PARSONS JOINT VENTURE, J.V. et  :
al.,            :
            :
            Defendants.            :
            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* ECF No. 41, Defendants' earlier motion to dismiss filed at ECF No. 34 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 26, 2021**. Defendants' reply, if any, is due by **November 2, 2021**.

      The Clerk of Court is directed to terminate ECF No. 34.

      SO ORDERED.

Dated: October 12, 2021            _____
      New York, New York                JESSE M. FURMAN
                                              United States District Judge